UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>                Plaintiff,<br><br>   v.<br><br>STEPHEN SINCLAIR,<br><br>                Defendant. | CASE NO. 3:21-cv-05347-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff James Anthony Williams, a Washington State prisoner who is currently confined at the State Penitentiary at Walla Walla, has submitted to this court for filing an application for leave to proceed *in forma pauperis* (IFP) and a proposed 42 U.S.C. § 1983 complaint. Dkt. 1. The Court, having reviewed plaintiff's complaint, his IFP application, and other relevant court records, recommends plaintiff's IFP application should be denied as plaintiff is barred under 28 U.S.C. § 1915(g) (Three Strike Rule) from proceeding with this action without prepayment of the filing fee.

## DISCUSSION

The present proposed complaint is one in a long series of complaints that plaintiff has filed alleging defendants, at various Washington Department of Corrections facilities are violating his 8th Amendment rights by either forcing or allowing him to live in cells

REPORT AND RECOMMENDATION - 1

contaminated with feces, illegally holding him in solitary confinement, and denying him adequate food and housing. As he states, "I have a lawsuit in U.S. District Court in Tacoma over claims identical in nature to these claims in this complaint." Dkt. 1 at 5. As relief plaintiff seeks injunctive and monetary relief. *Id.* at 3.

Under § 1915(g), a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim may not bring any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). A review of the Court's records reflects at least three of the cases plaintiff has filed while incarcerated were dismissed as frivolous or for failure to state a claim:

- *Williams v. Portine*, Case No. C11-1214-JCC (W.D. Wash.).
- *Williams v. Neely*, Case. No. C15-489-BJR (W.D. Wash.).
- *Williams v. Collins*, Case No. C15-735-MJP (W.D. Wash.).

This court and the Eastern District of Washington have previously determined that these and other cases are strikes for purposes of § 1915(g) and denied plaintiff IFP status as a three-strikes litigant:

- *Williams v. Sinclair*, Case No. C19-5185-RBL (W.D. Wash).
- *Williams v. Sinclair*, Case No. C19-345-JCC (W.D. Wash.).
- *Williams v. Holbrook*, Case No. C16-5068-SAB (E.D. Wash).

Because plaintiff has accumulated at least three strikes, he may not proceed with this action without prepayment of the full filing fee unless he shows that he was "under imminent danger of serious physical injury" at the time he signed his civil rights complaint. *See* 28 U.S.C. § 1915(g). The imminent danger exception requires a prisoner to allege a danger which is "ready

REPORT AND RECOMMENDATION - 2

to take place or 'hanging threateningly over one's head.'" *Andrews v. Cervantes*, 493 F.3d 1047, 1056 (9th Cir. 2007).

Plaintiff has not made a credible showing that his claims satisfy the imminent danger exception given the fact the complaint alleges, as plaintiff states, identical claims contained in a complaint he filed in 2019, and which is still pending before another judge. Additionally, to the extent this complaint is identical to the 2019 complaint is should be dismissed as duplicative.

The Court accordingly finds plaintiff is ineligible to file this lawsuit in federal court without paying $400.00 ($350.00 filing fee plus $50.00 administrative fee). Accordingly, the Court recommends plaintiff's IFP application be denied under 28 U.S.C.§ 1915(g). The Court further recommends that plaintiff be directed to pay the filing fee within 30 days of the date this Report and Recommendation is adopted, and that this action be terminated if plaintiff fails to do so. A proposed order accompanies this Report and Recommendation.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order.  Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, limited to 5 pages may be filed and served upon all parties no later than **May 26, 2021.**  The Clerk should note the matter for **May 28, 2021**, as ready for the District Judge's consideration.  The failure to timely object may affect the right to appeal.

DATED this 12th day of May 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3