# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES ANTHONY WILLIAMS,

    Plaintiff,

v.

STEPHEN SINCLAIR,

    Defendant.

CASE NO. 3:21-cv-05347-RSM-BAT

**ORDER DENYING IFP APPLICATION**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The IFP application is denied and plaintiff is directed to pay the filing fee within 30 days. If the filing fee is not paid, the case shall be dismissed and closed.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER DENYING IFP APPLICATION - 1

Dated this 1st day of June, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING IFP APPLICATION - 2